TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00813-CV

Barron & Newburger, P.C., Appellant

v.

Friendly Loans, Inc., Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY,

NO. 252,439, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING 

PER CURIAM

 Appellant Barron & Newburger, P.C. and appellee Friendly Loans, Inc. have filed
an agreed request to dismiss the appeal with prejudice. We grant the motion and dismiss the
appeal. Tex. R. App. P. 42.1(a)(1). 

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Agreed Motion

Filed: February 15, 2001

Do Not Publish